DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, NY 10022
Tel. (212) 909-6295
Edwin G. Schallert, *Admitted Pro Hac Vice*

Local Counsel:
WONG FLEMING, P.C.
821 Alexander Road, Suite 150
P.O. Box 3663
Princeton, NJ 08543
Tel. (609) 951-9520
Fax (609) 951-0270
Daniel C. Fleming
*Attorneys for Defendants John R. Strangfeld, Richard J. Carbone, Mark B. Grier, Peter B. Sayre, James G. Cullen, James A. Unruh, Gilbert F. Casellas, Martina Hund-Mejean, William H. Gray III, Constance J. Horner, Karl J. Krapek, Gaston Caperton, Gordon M. Bethune, Christine A. Poon, Thomas J. Baltimore, Jr., Jon F. Hanson, and Nominal Defendant Prudential Financial, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN SILVERMAN, Derivatively on Behalf of PRUDENTIAL FINANCIAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN R. STRANGFELD, RICHARD J. CARBONE, MARK B. GRIER, PETER B. SAYRE, JAMES G. CULLEN, JAMES A. UNRUH, GILBERT F. CASELLAS, MARTINA HUND-MEJEAN, WILLIAM H. GRAY III, CONSTANCE J. HORNER, KARL J. KRAPEK, GASTON CAPERTON, GORDON M. BETHUNE, CHRISTINE A. POON, THOMAS J. BALTIMORE, JR., and JON F. HANSON, | Case No.: 2:12-cv-06540-SDW-MCA |

|  |  |
|---|---|
| Defendants, | ) |
|  | ) |
| -and- | ) |
|  | ) |
| PRUDENTIAL FINANCIAL, INC., a New Jersey corporation, | ) |
|  | ) |
|  | ) |
| Nominal Defendant. | ) |

## REQUEST BY LOCAL COUNSEL FOR
## PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3) <u>has been paid</u> to the Clerk of the Court.

                                          **WONG FLEMING**
                                          Attorneys for Defendants
                                          John R. Strangfeld, Richard J. Carbone, Mark B. Grier, Peter B. Sayre, James G. Cullen, James A. Unruh, Gilbert F. Casellas, Martina Hund-Mejean, William H. Gray III, Constance J. Horner, Karl J. Krapek, Gaston Caperton, Gordon M. Bethune, Christine A. Poon, Thomas J. Baltimore, Jr., Jon F. Hanson, and Nominal Defendant Prudential Financial, Inc.

Dated: December 4, 2012        By: <u>/s/ Daniel C. Fleming</u>
                                                  Daniel C. Fleming

PRO HAC VICE ATTORNEY INFORMATION:

Name:       Edwin G. Schallert

Address:    DEBEVOISE & PLIMPTON, LLP
            919 Third Avenue
            New York, NY 10022

E-mail:     egschallert@debevoise.com