UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN SILVERMAN, Derivatively on Behalf of PRUDENTIAL FINANCIAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN R. STRANGFELD, RICHARD J. CARBONE, MARK B. GRIER, PETER B. SAYRE, JAMES G. CULLEN, JAMES A. UNRUH, GILBERT F. CASELLAS, MARTINA HUND-MEJEAN, WILLIAM H. GRAY III, CONSTANCE J. HORNER, KARL J. KRAPEK, GASTON CAPERTON, GORDON M. BETHUNE, CHRISTINE A. POON, THOMAS J. BALTIMORE, JR., and JON F. HANSON, <br><br> Defendants, <br><br> -and- <br><br> PRUDENTIAL FINANCIAL, INC., a New Jersey corporation, <br><br> Nominal Defendant. | Civ. Action No. 12-6540 (SDW)(MCA) <br><br><br> **REQUEST BY LOCAL COUNSEL FOR** *PRO HAC VICE* **ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

     Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                         /s/Joseph J. DePalma
                                         Joseph J. DePalma

PRO HAC VICE ATTORNEY INFORMATION:

Name:       Jay N. Razzouk

| | |
|---|---|
| Address: | Robbins Umeda LLP <br> 600 B Street, Suite 1900 <br> San Diego, California 92101 |
| E-Mail: | jrazzouk@robbinsumeda.com |