# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN SILVERMAN, Derivatively on Behalf of PRUDENTIAL FINANCIAL, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> JOHN R. STRANGFELD, RICHARD J. CARBONE, MARK B. GRIER, PETER B. SAYRE, JAMES G. CULLEN, JAMES A. UNRUH, GILBERT F. CASELLAS, MARTINA HUND-MEJEAN, WILLIAM H. GRAY III, CONSTANCE J. HORNER, KARL J. KRAPEK, GASTON CAPERTON, GORDON M. BETHUNE, CHRISTINE A. POON, THOMAS J. BALTIMORE, JR., and JON F. HANSON, <br><br>    Defendants, <br><br>    -and- <br><br> PRUDENTIAL FINANCIAL, INC., a New Jersey corporation, <br><br>    Nominal Defendant. | Civil Action No.: 12-cv-6540-SDW-MCA <br><br><br><br><br><br><br><br> **NOTICE OF FIRM NAME CHANGE** |

TO: THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that the law firm of Robbins Umeda LLP has changed its name to Robbins Arroyo LLP (the "Firm").  The Firm's website address is www.robbinsarroyo.com and e-mail addresses for the Firm's members and employees are firstinitiallastname@robbinsarroyo.com.  The Firm's address, telephone number, and facsimile number remain the same.  Please update your records accordingly.

| | |
|---|---|
| Dated: January 7, 2013 | **LITE DEPALMA GREENBERG, LLC** |
| | |
| | /s/ *Joseph J. DePalma* |
| | JOSEPH J. DEPALMA |
| | Two Gateway Center, 12th Floor |
| | Newark, NJ 07102 |
| | Telephone: (973) 623-3000 |
| | Facsimile: (973) 623-0858 |
| | E-Mail: jdepalma@litedepalma.com |
| | |
| | **ROBBINS ARROYO LLP** |
| | BRIAN J. ROBBINS |
| | KEVIN A. SEELY |
| | JAY N. RAZZOUK |
| | 600 B Street, Suite 1900 |
| | San Diego, CA 92101 |
| | Telephone: (619) 525-3990 |
| | Facsimile: (619) 525-3991 |
| | E-Mail: brobbins@robbinsarroyo.com |
| | kseely@robbinsarroyo.com |
| | jrazzouk@robbinsarroyo.com |

**LAW OFFICES OF ALFRED
  G. YATES, JR.**
ALFRED G. YATES JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Telephone: (412) 391-5164
Facsimile:  (412) 471-1033
E-Mail: yateslaw@aol.com

*Counsel for Plaintiff*

823573

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Notice of Firm Name Change was electronically filed this 7th day of January, 2013 and has been served on all counsel of record, via the Court's ECF system.

/s/ *Joseph J. DePalma*
JOSEPH J. DEPALMA