UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN SILVERMAN, Derivatively on Behalf of PRUDENTIAL FINANCIAL, INC., <br><br>　　　　　Plaintiff, <br><br>v. <br><br>JOHN R. STRANGFELD, RICHARD J. CARBONE, MARK B. GRIER, PETER B. SAYRE, JAMES G. CULLEN, JAMES A. UNRUH, GILBERT F. CASELLAS, MARTINA HUND-MEJEAN, WILLIAM H. GRAY III, CONSTANCE J. HORNER, KARL J. KRAPEK, GASTON CAPERTON, GORDON M. BETHUNE, CHRISTINE A. POON, THOMAS J. BALTIMORE, JR., and JON F. HANSON, <br><br>　　　　　Defendants, <br><br>　-and- <br><br>PRUDENTIAL FINANCIAL, INC., a New Jersey corporation, <br><br>　　　　　Nominal Defendant. | Case No.: 2:12-cv-06540-SDW-MCA <br><br>**VOLUNTARY STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and among the parties and their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant William H. Gray III pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

RESPECTFULLY SUBMITTED this 8th day of May, 2014.

s/ Joseph J. DePalma
Joseph J. DePalma
**LITE DEPALMA GREENBERG, LLC**
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

Brian J. Robbins
Kevin A. Seely
Jay N. Razzouk
**ROBBINS ARROYO LLP**
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-Mail: brobbins@robbinsarroyo.com
kseely@robbinsarroyo.com
jrazzouk@robbinsarroyo.com

Alfred G. Yates Jr.
**LAW OFFICES OF ALFRED G. YATES, JR.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
yateslaw@aol.com

*Counsel for Plaintiff*

s/Daniel C. Fleming
Daniel C. Fleming
**WONG FLEMING**
821 Alexander Road, Suite 200
P.O. Box 3663
Princeton, NJ 08543
Telephone: (609) 951-9520
Facsimile: (609) 951-0270
dfleming@wongfleming.com

Edwin G. Schallert
**DEBEVOISE & PLIMPTON, LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
egschallert@debevoise.com

*Counsel for John R. Strangfeld, Richard J. Carbone, Mark B. Grier, Peter B. Sayre, James G. Cullen, James A. Unruh, Gilbert F. Casellas, Martina Hund-Mejean, William H. Gray III, Constance J. Horner, Karl J. Krapek, Gaston Caperton, Gordon M. Bethune, Christine A. Poon, Thomas J. Baltimore, Jr., Jon F. Hanson, and nominal defendant Prudential Financial, Inc.*

So Ordered this 14th day of May, 2014
Susan D. Wigenton, U.S.D.J.

2