# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN SILVERMAN, Derivatively on Behalf of PRUDENTIAL FINANCIAL, INC., <br><br>Plaintiff, <br><br>v. <br><br>JOHN R. STRANGFELD, RICHARD J. CARBONE, MARK B. GRIER, PETER B. SAYRE, JAMES G. CULLEN, JAMES A. UNRUH, GILBERT F. CASELLAS, MARTINA HUND-MEJEAN, WILLIAM H. GRAY III, CONSTANCE J. HORNER, KARL J. KRAPEK, GASTON CAPERTON, GORDON M. BETHUNE, CHRISTINE A. POON, THOMAS J. BALTIMORE, JR., and JON F. HANSON, <br><br>Defendants, <br><br>-and- <br><br>PRUDENTIAL FINANCIAL, INC., a New Jersey corporation, <br><br>Nominal Defendant. | Case No. 2:12-CV-6540 SDW-SCM <br><br> [~~PROPOSED~~] ORDER REGARDING ADMINISTRATIVE CLOSURE |

WHEREAS on May 12, 2015, the parties submitted a letter at the Court's direction regarding possible consolidation or administrative termination of this action (the "Action");

WHEREAS subject to the terms set forth herein, the parties agree that it is in the interests of nominal defendant Prudential and judicial economy to not oppose administrative termination or closure of this action pending the disposition of the factually related securities fraud class action being litigated before the Court, *City of Sterling Heights General Employees' Retirement System v. Prudential Financial, Inc.*, Case No. 2:12-cv-05275-MCA-LDW (the "Class Action"),

Accordingly, IT IS ORDERED THAT

1. This Action shall be administratively closed for statistical purposes only.

2. All proceedings in this case are SUSPENDED, and all deadlines concerning the filing, designation, or response to any complaint in this action are VACATED and HELD IN ABEYANCE.

3. Nothing in this Order shall be deemed to adversely affect or in any way impact the parties' rights, including but not limited to Plaintiff's discovery- and settlement-related rights and Defendants' rights regarding filing any responsive pleadings and briefing applicable to the Complaint set forth in the Court's Order Regarding Case Management, dated November 9, 2012 (Dkt. No. 7),

and Plaintiff's rights with regard to amending his complaint and Defendants' rights regarding filing any responsive pleading and briefing applicable to the Complaint as set forth in the Court's Order Granting Seventh Stipulation Regarding Case Management Matters, dated March 12, 2014 (Dkt. No. 26).

4. If, at any time, either party wishes to reopen this case, they may file a "Notice of Reopening," whereupon the case will be immediately reopened with all rights preserved as of the date of this Order, and the parties shall have thirty days to submit a proposed scheduling order.

DATE: May 12, 2015

HONORABLE STEVEN C. MANNION
U.S. MAGISTRATE JUDGE
District

1029007